UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **SEDDERRUIS COLEMAN**<br>     **LA. DOC#611339** | **CIVIL ACTION NO. 16-445**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JERRY GOODWIN** | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this Petition for Writ of *Habeas Corpus* should be **DISMISSED WITH PREJUDICE** because petitioner's claims remain unexhausted and, even if they were exhausted, they would be procedurally defaulted.

**MONROE, LOUISIANA, this 8th day of September, 2016.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE